# In the United States Court of Federal Claims

No. 04-1290C
(Filed March 3, 2005)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | * |
| | * |
| **MARIPOSA ENTERPRISES II, A CALIFORNIA LIMITED PARTNERSHIP,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

The Court has reviewed the parties' Joint Motion for a Stay of Proceedings. The Court hereby **GRANTS** the Joint Motion. Proceedings in this case will be stayed until fourteen days after the conclusion of ADR in the eight related cases cited in the Joint Motion.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge